UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.:   0:18-CV-61861-BB

vs.

3030 BAYSHORE PROPERTIES LLC
a Florida Limited Liability Company,
d/b/a THE ELITA HOTEL

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, 3030 BAYSHORE PROPERTIES LLC, a Florida Limited Liability Company,, d/b/a THE ELITA HOTEL, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismiss this action with prejudice against 3030 BAYSHORE PROPERTIES LLC, a Florida Limited Liability Company,, d/b/a THE ELITA HOTEL; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED October 9, 2018.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** <br> Gregory S. Sconzo, Esq. <br> Florida Bar No.: 0105553 <br> The Law Office of Gregory S. Sconzo, P.A. <br> 5080 PGA Boulevard, Suite 213 <br> Palm Beach Gardens, FL 33418 <br> Telephone: (561) 729-0940 <br> Facsimile: (561) 491-9459 <br> Service Email: sconzolaw@gmail.com <br> Email: greg@sconzolawoffice.com <br> Attorney for Plaintiff | **By: /s/ Arlene K. Kline** <br> Arlene K. Kline <br> Florida Bar No. 104957 <br> E-mail: arlene.kline@akerman.com <br> Caitlin F. Saladrigas <br> Florida Bar No. 95728 <br> E-mail: caitlin.saladrigas@akerman.com <br> **AKERMAN LLP** <br> 777 South Flagler Drive <br> Suite 1100 West Tower <br> West Palm Beach, FL 33401-6183 <br> Telephone: (561) 653-5000 <br> Facsimile: (561) 659-6313 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**